# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN JOHN and WILLIAM MYERS, | Case No.: 2:16-cv-02241-MCE-AC |
| Plaintiffs, | |
| vs. | **ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL COMPLAINT OR, IN THE ALTERNATIVE, A SECOND AMENDED COMPLAINT** |
| COUNTY OF SUTTER, SUSAN REDFORD, TONY HOBSON, and DOES 1 through 20, Inclusive; | |
| Defendants. | |

Having carefully considered the pleadings on file, the arguments of the plaintiffs and the papers submitted, there being no opposition, and good cause having been shown, the Court hereby GRANTS Plaintiff's Motion for Leave to File a Second Amended Complaint.

///

///

///

- 1 -

ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT

Plaintiffs are ordered to file that Second Amended Complaint not later than five (5) days following the date this order is electronically filed. The September 7, 2017, hearing is VACATED.

IT IS SO ORDERED.

Dated: August 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -

ORDER RE: PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT