Ben Galante (SBN 231394)
GALANTE LAW, INC.
2181 E. Foothill Blvd., Suite 101
Pasadena, California 91107
T: (213) 785-1900
E: ben@galantelaw.com

Rahul Sethi (SBN 238405)
SETHI LAW FIRM
5015 Eagle Rock Blvd., Suite 202
Los Angeles, California 90041
T: (213) 254-2454
E: rsethi@sethilawfirm.com

Attorneys for Plaintiff, MARTIN JOHN and WILLIAM MYERS

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN JOHN and WILLIAM MYERS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SUTTER, SUSAN REDFORD, TONY HOBSON, and DOES 1 through 20, Inclusive;<br><br>　　　　Defendants. | Case No.: 2:16-cv-02241-MCE-AC<br><br>**PLAINTIFF MARTIN JOHN'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68** |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　PLEASE TAKE NOTICE that Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff MARTIN JOHN ("Plaintiff") hereby accepts the Offer of Judgment of Defendants COUNTY OF SUTTER, SUSAN REDFORD and TONY HOBSON ("Defendants") to Plaintiff

dated August 23, 2017.

The acceptance of the Offer of Judgment is attached as Exhibit A. Plaintiff respectfully requests that the Court enter judgment against Defendants in favor of Plaintiff in accordance with the terms of Defendants' Offer of Judgment.

Dated: August 31, 2017

GALANTE LAW, INC.
SETHI LAW FIRM

By: _____
Ben J. Galante
Rahul Sethi

Attorneys for Plaintiffs
MARTIN JOHN and WILLIAM MYERS

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. I am a citizen of the United States and am an attorney at the law firm of Galante Law, Inc., whose business address is 2181 E. Foothill Blvd., Suite 101, Pasadena, California 91107.

On **August 31, 2017**, I served the foregoing document entitled **PLAINTIFF MARTIN JOHN'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68** on the interested parties in this action

[X] by placing a true and correct copy of the document(s) listed above in a sealed envelope for collection and mailing with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed overnight courier envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to an overnight courier agent for delivery to the addressee below.

Derek J. Haynes
**Porter | Scott**
350 University Ave., Suite 200
Sacramento, CA 95825

Attorneys for Defendants, COUNTY OF SUTTER, SUSAN REDFORD and TONY HOBSON

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day it is collected with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **August 31, 2017**, at Los Angeles, California.

_____
Ben J. Galante

PLAINTIFF MARTIN JOHN'S NOTICE OF ACCEPTANCE OF DEFENDANTS' RULE 68 OFFER OF JUDGMENT

**Exhibit A**

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Derek J. Haynes, SBN 264621
Drew M. Tate, SBN 312219
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SUTTER, SUSAN REDFORD, and TONY HOBSON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN JOHN and WILLIAM MYERS,<br><br>    Plaintiffs,<br><br>vs.<br><br>COUNTY OF SUTTER, SUSAN REDFORD, TONY HOBSON, and DOES 1 through 20, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. 2:16-cv-02241-MCE-AC<br><br>**DEFENDANTS' OFFER TO COMPROMISE TO PLAINTIFF MARTIN JOHN, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68**<br><br>Amended Complaint Filed: 10/20/2016<br>Complaint Filed: 09/21/2016 |

**TO PLAINTIFF MARTIN JOHN:**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants COUNTY OF SUTTER, SUSAN REDFORD, TONY HOBSON hereby offer to allow judgment to be taken against them, collectively, in this action relating to all claims and causes of action, for the total sum of FIFTY THOUSAND ONE DOLLARS ($50,001.00), said sum includes reasonable attorney's fees and costs to which Plaintiff may be entitled to recover. This offer of judgment is made for the purpose specified in Rule 68 and is not to be construed either as an admission that Defendants are liable in this action, or that the Plaintiff has suffered any damages.

///

///

///

{01714729.DOCX}                                                              1
**DEFENDANTS' OFFER TO COMPROMISE TO PLAINTIFF MARTIN JOHN, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68**

Dated: August 23, 2017

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _____
Carl L. Fessenden
Derek J. Haynes
Drew M. Tate
Attorneys for Defendants

I, MARTIN JOHN, accept Defendants Rule 68 Offer to Compromise.

Dated: 8-30-2017

_____
MARTIN JOHN

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01714729.DOCX}  2

**DEFENDANTS' OFFER TO COMPROMISE TO PLAINTIFF MARTIN JOHN, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68**

*Martin John and William Myers v. County of Sutter, et al.*
U.S.D.C. – Eastern District of CA, Case No: 2:16-cv-02241 MCE AC

### DECLARATION OF SERVICE

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen years and not a party to the above-entitled action. My business address is 350 University Avenue, Suite 200, Sacramento, CA 95825.

On the date below, I served the following document(s): **DEFENDANTS' OFFER TO COMPROMISE TO PLAINTIFF MARTIN JOHN, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68,** on all parties in the said action as addressed below by causing a true copy thereof to be served:

✓ **BY MAIL.** I am familiar with this Company's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited in a U. S. mailbox in the City of Sacramento, California, after the close of the day's business.
☐ Certified Mail/Return Receipt Requested, Article #

_____ **BY PERSONAL SERVICE.** I caused such document(s) to be delivered by hand to the office of the person(s) listed below.

_____ **BY OVERNIGHT DELIVERY.** I caused such document(s) to be delivered by overnight delivery to the office of the person(s) listed below.

_____ **BY FACSIMILE.** I caused such document(s) to be transmitted by facsimile transmission from (916) 927-3706 to the facsimile number listed below with an original or copy of said document placed in the United States mail with postage thereon fully prepaid at Sacramento, California.

Addressed as follows:

Ben J. Galante
GALANTE LAW INC.
2181 E. Foothill Blvd., Suite 101
Pasadena, CA 91107
*Attorneys for Plaintiffs*

Rahul Sethi
SETHI LAW FIRM
5015 Eagle Rock Boulevard, Suite 202
Los Angeles, CA 90017
*Attorneys for Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct. Executed at Sacramento, California, on August 23, 2017.

Anita J. Tellmann

{01714729.DOCX}   3
**DEFENDANTS' OFFER TO COMPROMISE TO PLAINTIFF MARTIN JOHN, PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 68**