UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin John and William Myers, <br><br> Plaintiffs, <br><br> v. <br><br> County of Sutter, Susan Redford, Tony Hobson, <br><br> Defendants. | Case No. 2:16-cv-02241-MCE-AC <br><br> **JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in favor of Martin John and against defendants

September 01, 2017                    MARIANNE MATHERLY, CLERK

                                      By: /s/ G. Hunt, Deputy Clerk